UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JASON WASHINGTON,

    Plaintiff,

v.

EATON STEEL CORPORATION and DERRICK
HALLMAN, in his individual and official
capacity,

    Defendants.
    _____/

Case No. 14-12077

Honorable John Corbett O'Meara

## ORDER OF PARTIAL DISMISSAL

    Plaintiff Jason Washington recently filed a complaint in this court alleging violations of Title VII of the Civil Rights Act, 42 U.S.C. §§ 2000e *et seq.*, and Michigan's Elliott Larsen Civil Rights Act ("ELCRA").  Although Plaintiff's cause of action arising under federal law is cognizable in this court pursuant to 28 U.S.C. § 1331, the remaining allegations of the complaint are based solely on state law.  Since the parties to this action are not diverse, this court declines to exercise supplemental jurisdiction over Plaintiff's state law claim in order to avoid jury confusion.  See 28 U.S.C. § 1367(c); United Mine Workers v. Gibbs, 383 U.S. 715 (1966); and Padilla v. City of Saginaw, 867 F. Supp. 1309 (E.D. Mich. 1994).

    Therefore, it is hereby **ORDERED** that the portion of the complaint alleging a cause of action under Michigan's ELCRA is **DISMISSED.**

                                            s/John Corbett O'Meara
                                            United States District Judge

Date:  June 30, 2014

      I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, June 30, 2014, using the ECF system.

                                            s/William Barkholz
                                            Case Manager